# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7263 | **DATE** | 10/29/2004 |
| **CASE TITLE** | Tony Sherman vs. Premium Concrete Cutting Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   The parties motions to vacate is granted in part, and the court relinquishes its supplemental jurisdiction over the remaining state law claims.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | NOV 0 2 2004 | |
| | Notified counsel by telephone. | | | date docketed | 56 |
| ✓ | Docketing to mail notices. | | | | |
| ✓ | Mail AO 450 form. | | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 2004 NOV -1 PM 5: 10 | NOV 0 2 2004 | |
| EF | courtroom deputy's initials | | Date/time received in Central Clerk's Office | date mailed notice mailing deputy initials | |

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY SHERMAN, individually, and )
DAN RINGIER, individually, et al. )
)
Plaintiffs, )
)
v. ) No. 01 C 7263
)
PREMIUM CONCRETE CUTTING ) HONORABLE CHARLES R. NORGLE
INC., an Illinois corporation, and )
BRYAN MRAZ, individually, )
)
Defendants. )

OPINION AND ORDER

NOV 0 2 2004

Charles R. Norgle Sr., District Judge

Before the court are the parties Motions to Vacate the Opinion and Order docketed July 6, 2004 and the Judgment in a Civil Case dated July 2, 2004. For the following reasons the parties Motions to Vacate is granted in part, and the court relinquishes its supplemental jurisdiction over the remaining state law claims.

I. BACKGROUND

This court entered an Opinion and Order on this matter dated July 1, 2004. That Opinion resolved all federal causes of action and relinquished supplemental jurisdiction over the remaining state law claims.

After that Opinion was entered, both parties filed pleadings regarding modification or vacation to it.

56

The parties have no objection to this court entering a judgment in favor of the four Fair Labor Standards Act plaintiffs in sums certain and against defendants both jointly and severally.

## II. DISCUSSION

The court has reviewed the parties' pleadings on vacating and modifying this court's Opinion and Order dated July 1, 2004. The parties agree that the July 1, 2004 Opinion and the July 2, 2004 Judgment in a Civil Case should be modified to enter judgment in a sum certain for each of the four plaintiffs in the federal counts and against the defendants jointly and severally. The parties disagree on what should be done with the state court counts.

## III. CONCLUSION

The Opinion of July 1, 2004 is amended to enter judgment in favor of the individual plaintiffs in the FLSA counts and against Defendants Premium Concrete Cutting, Inc. and Defendant Bryan Mraz both jointly and severally in the following amounts:

1. For Plaintiff Daniel Ringier    $28,363.12
2. For Plaintiff Tony Sherman      $ 1,695.51
3. For Plaintiff Thomas Bastian    $ 2,309.19
4. For Plaintiff Donald Zucco      $   619.56

For the reasons stated in the July 1, 2004 Opinion no ruling on the state court counts has been or will be made. The court relinquishes its supplemental jurisdiction over the remaining state law claims.

IT IS SO ORDERED

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATED: 10/29/04