

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7263 | **DATE** | 11/29/2004 |
| **CASE TITLE** | TONY SHERMAN vs. PREMIUM CONCRETE CUTTING | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] This case is hereby remanded back to the Circuit Court of Cook County Illinois County Department Chancery Division.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | DEC 0 1 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | U.S. DISTRICT COURT | | |
| EF | courtroom deputy's initials | 2004 NOV 30 PM 4:10 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TONY SHERMAN, individually, and<br>DAN RINGIER, individually, et al. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 01 C 7263 |
| PREMIUM CONCRETE CUTTING<br>INC., an Illinois corporation, and<br>BRYAN MRAZ, individually, | )<br>)<br>)<br>) | HONORABLE CHARLES R. NORGLE |
| Defendants. | ) | |

## OPINION AND ORDER

**Charles R. Norgle Sr., District Judge**

This court entered an Opinion and Order on this matter dated October 29, 2004. That Opinion resolved all federal causes of action and relinquished supplemental jurisdiction over the remaining state law claims.

This case came to this Court on defendants removal petition from the Circuit Court of Cook County Illinois County Department Chancery Division.

This case is hereby remanded back to state court for resolution of the state counts.

IT IS SO ORDERED

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATED: 11/29/04

